# CIVIL COVER SHEET

County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sheryl Hubbell

## DEFENDANTS
FedEx Smart Post, Inc. a/k/a FedEx Ground Package System, Inc.

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Delaware
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Raymond Guzall
31555 W 14 Mile Rd. Ste 320
Farmington Hills, MI 48334-1288

Attorneys *(If Known)*
Jessica Sprovtsoff
Schiff Hardin LLP
350 South Main, Suite 210, Ann Arbor, MI 48100 4 734-222-1518

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [x] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities Employment
- [ ] 446 Amer. w/Disabilities Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729 (a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C 1332(a) and 1441(a)
Brief description of cause:
Plaintiff alleges that her former employer, Defendant, discriminated against base on her gender

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 180,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY *(See instructions):*
JUDGE: Steeh
DOCKET NUMBER: 14-13897

DATE: August 3, 2016
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL HUBBELL,

   Plaintiff,        Case No. 2:16-cv-12859

v.

FEDEX SMARTPOST, INC.,

   Defendant.
_____

| | |
|---|---|
| Raymond Guzall, III, P.C. | Jessica A. Sprovtsoff (P70218) |
| Raymond Guzall, III (P60980) | Robert J. Wierenga (P59785) |
| Omar S. Najor (P58066) | SCHIFF HARDIN LLP |
| 31555 W. Fourteen Mile Road, Ste 302 | 350 S. Main Street |
| | Suite 210 |
| Farmington Hills, MI  48334 | Ann Arbor, MI  48104 |
| (248) 702-6122 | (734) 222-1518 |
| (248)-702-6124 | (734) 222-1501 Fax |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

_____

### NOTICE OF REMOVAL

  Defendant FedEx Ground Package System, Inc. ("FedEx Ground")[1], contemporaneously with the filing of this Notice, hereby effects the removal of the below referenced action from the Circuit Court for the County of Wayne, State of

---

[1] FedEx SmartPost, Inc. ceased to exist as an independent corporation on September 1, 2015, when it was merged into its parent corporation, FedEx Ground Package System, Inc.  FedEx Ground is the proper defendant as the successor by merger.  Defendant will work with Plaintiff's counsel to correct the caption in this matter and the related case – *Hubbell v. FedEx SmartPost, Inc.*, Case No. 2:14-cv-13897.

1

Michigan to the United States District Court for the Eastern District of Michigan.

The removal is based on 28 U.S.C. Sections 1332(a) (diversity of citizenship), and 1441(a). In support of its Notice of Removal of Civil Action, Defendant FedEx Ground states:

## PLEADINGS, PROCESS AND ORDERS

1. FedEx Ground is the proper defendant in the above-entitled action.

2. The above-entitled action was commenced in Circuit Court for the County of Wayne, State of Michigan, and is now pending in that state Court. Plaintiff complaint contains three counts – gender discrimination, retaliation and hostile work environment.

3. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Defendant FedEx Ground are attached hereto as Exhibit A.

## REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332(a) AND 1441.

4. The claims alleged in the Complaint are all removable under 28 U.S.C. § 1332(a) (diversity of citizenship) because the parties are citizens of different states and the amount in controversy is greater than $75,000.

**A. Diversity of Citizenship is Established.**

5. Defendant FedEx Ground is now, and was at the time the state action was commenced, a Delaware corporation with its principal place of business in Pennsylvania. FedEx Ground is a corporate citizen of both Delaware and Pennsylvania.

6. According to Plaintiff's allegations, she is a citizen of Michigan.

**B.　The matter in controversy, exclusive of interest or cost, exceeds the sum or value of $75,000.00.**

7. In this lawsuit, Plaintiff seeks damages, *inter alia*, with respect to alleged gender discrimination, retaliation and hostile work environment. (Complaint, ¶¶ 30, 4-43, 45-58, 63, 81, 85).

8. In response to this Court's summary judgment order in *Hubbell v. FedEx SmartPost, Inc.*, Case No. 2:14-CV-13897, Plaintiff's counsel, Raymond Guzall, communicated with in-house counsel for FedEx Ground, Barak Babcock, demanding an amount in excess of the jurisdictional requirement ($75,000.00) to settle all of Plaintiff's claims. *See* Exhibit B – 6/21/16 Email from Raymond Guzall to Barak Babcock. Plaintiff's email communication qualifies as "other paper" under 28 U.S.C. § 1446(c)(3)(A).

9. Here, complete diversity is established because Plaintiff and the Defendant are citizens of different states and the amount in controversy exceeds $75,000.00.

## TIMELENESS OF REMOVAL

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) and § 1446(c). This Notice of Removal is being filed within thirty days of Defendant FedEx Ground being provided with a copy of the Complaint (July 15, 2016). *See* Exhibit C – 7/15/16 email (without attached copy of the Complaint included) from Raymond Guzall to Barak Babcock.

## JURISIDCITION/VENUE

11. This District Court territorial jurisdiction embraces the place where the state court action is pending. Venue is proper in this District Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a), § 100(a)(1).

12. No previous application has been made for the relief requested herein.

## NOTICE TO STATE COURT AND PLAINTIFF

13. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Eastern District of Michigan, written notice of such filing will be provided by the undersigned to Plaintiff's counsel of record, Raymond Guzall, III.

14. In addition, a copy of the Notice of Removal will be filed with the Clerk of the Circuit Court for the County of Wayne, State of Michigan.

**WHEREFORE**, having provided notice as required by law, the above-entitled action should hereby be removed from the Circuit Court for the County of Wayne, State of Michigan to this District Court.

Dated:  August 3, 2016

                                           Respectfully submitted,

                                           SCHIFF HARDIN LLP

                                           /s/ Jessica A. Sprovtsoff
                                           Jessica A. Sprovtsoff (P70218)
                                           350 S. Main Street, Ste. 210
                                           Ann Arbor, MI  48104
Dated:  August 3, 2016          734-222-1518 (Phone)
                                           734-222-1501 (Fax)
                                           jsprovtsoff@schiffhardin.com
                                           Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2016, I filed the foregoing with the Clerk of court via CM/ECF and will serve the foregoing via e-mail and U.S. mail on counsel of record.

*s/Jessica A. Sprovtsoff*
Jessica A. Sprovtsoff
