## INDEX OF EXHIBITS

Exhibit A -   State Court Complaint

Exhibit B -   6/21/16 E-mail from Plaintiff's Counsel to FedEx Counsel

Exhibit C -   7/15/16 E-mail from Plaintiff's Counsel to FedEx Counsel