EXHIBIT B

## Barak Babcock

| | |
|---|---|
| **From:** | RAY GUZALL <rayguzall@attorneyguzall.com> |
| **Sent:** | Tuesday, June 21, 2016 3:43 PM |
| **To:** | Barak Babcock |
| **Cc:** | omar Najor |
| **Subject:** | Hubbell v Fed Ex |

Given the recent Opinion of the trial court, please advise if your client will agree to pay the sum of $180,000.00 to reasonably settle all claims.  Please advise within the next 7 days.  If we cannot settle all claims within the next 7 days, my Client has requested I file a complaint in State Court as to her State claims in order to preserve and move forward upon those claims.  It would seemingly be beneficial to all parties to attempt settlement prior to additional litigation occurring.  Please advise within the next 7 days.  Thanks, Ray.

> > > >
> > > >Barak Babcock
> > > >Senior Counsel -  Legal
> > > >FedEx Ground Package System, Inc.
> > > >Office: (412) 859-5763
> > > >Cell: (715) 821-2122
> > > >Facsimile: (901) 492-9930
> > > >fedex.com/us
> > > >