UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL HUBBELL,

        Plaintiff,

                                        Case No. 14-cv-13897

v.                                       HON. GEORGE CARAM STEEH

FEDEX SMARTPOST, INC.,

        Defendant.

SHERYL HUBBELL,

        Plaintiff,

                                        Case No. 16-cv-12859

v.                                       HON. GEORGE CARAM STEEH

FEDEX SMARTPOST, INC.,

        Defendant.
_____/

## ORDER OF CONSOLIDATION

      The above-captioned Case No. 14-cv-13897 was the first-filed case of the two listed above, and was randomly assigned to the undersigned. Case No. 16-cv-12859 was assigned to the undersigned as a companion case following its removal to federal court. To promote convenience and judicial economy, and to avoid unnecessary costs and delay, the Court orders the consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> "When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."

It is this court's determination that both of the cases listed in the caption above involve common questions of law and fact.

**IT IS THEREFORE ORDERED** that the following case, **16-cv-12859**, is consolidated with case number **14-cv-13897** for all purposes, including trial.

**IT IS ORDERED** that **all subsequent papers filed after the date of this order shall be entered on case number 14-cv-13897.**

**IT IS FURTHER ORDERED** that case number **16-cv-12859** is hereby closed for administrative purposes.

Dated:  October 5, 2016

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon attorneys of record on October 5, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---